

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Adrian Araujo,                     * From the 161st District Court
of Ector County,
Trial Court No. B-19-0243-CR.

Vs. No. 11-20-00242-CR          * August 4, 2022

The State of Texas,              * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.